**Michelle L. CULLOP,
Petitioner/Appellant,**

v.

**DIRECTOR OF REVENUE, STATE OF MISSOURI, Respondent/Respondent.**

No. 71143.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 20, 1997.

Robert W. Miller, Bridgeton, for petitioner/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for respondent/respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

**_ORDER_**

PER CURIAM.

Petitioner appeals from the trial court's revocation of her driver's license because her blood alcohol content was above the legal limit of .10 percent. *See,* Section 302.505.1 RSMo (1994). We affirm.

The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).